Georgia Southern & Florida Railway Company, a corpora-
    tion under the laws of Florida, Plaintiff in Error,
    vs. Richmond M. Price, Defendant in Error.

Writ of error to Circuit Court, Putnam county;
William A. Hocker, Judge.

*Benj. P. Calhoun and Henry Strunz,* for Plaintiff in
Error.

*Fowler & Fowler,* for Defendant in Error.

This action was brought by the defendant in error
against the plaintiff in error. There was judgment for the
plaintiff and the defendant takes writ of error. Dis-
missed on præcipe of counsel for plaintiff in error.

Decision Per Curiam.